USDC SCAN INDEX SHEET

















```
CAG    3/28/06    16:21
3:06-CV-00675   CONCEPCION V. CINGULAR WIRELESS
*3*
*RELCSNTC.*
```

|   |   |
|---|---|
| 1  | HULETT HARPER STEWART LLP |
|    | DENNIS STEWART |
| 2  | BLAKE MUIR HARPER |
| 3  | 550 West C Street, Suite 1600 |
|    | San Diego, CA 92101 |
| 4  | Telephone:    (619) 338-1133 |
|    | Facsimile:    (619) 338-1139 |
| 5  |  |
|    | NICHOLAS & BUTLER, LLP |
| 6  | CRAIG M. NICHOLAS, SBN: 178444 |
| 7  | MATTHEW B. BUTLER, SBN: 201781 |
|    | 225 Broadway, 19th Floor |
| 8  | San Diego, CA 92101 |
|    | Telephone:    (619) 325-0492 |
| 9  | Facsimile:    (619) 325-0496 |
| 10 | Attorneys for Plaintiffs |

FILED
06 MAR 27 PM 4:21
CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| VINCENT CONCEPCION and LIZA CONCEPCION, on Behalf of Themselves and All Others Similarly Situated, | CASE NO. '06CV 0675 DMS NLS |
|---|---|
| Plaintiffs, | **NOTICE OF RELATED CASE** |
| v. |  |
| CINGULAR WIRELESS LLC, |  |
| Defendants. |  |

Pursuant to Civil L.R. 40.1 (e), Plaintiffs give this notice that the following case pending in this district may be related to this case.

I. **RELATED CASE**

*Laster, et al. v. T-Mobile, et al.*, Case No. 05-cv-1167 DMS (AJB)

II. **STATEMENT OF RELATIONSHIP OF THE ACTIONS**

The above case is related to this action in that they involve some of the same Defendants named in this action and allege substantially the same facts and involve similar questions of law.

III. **STATEMENT ON PROPRIETY OF ASSIGNMENT TO A SINGLE JUDGE**

Plaintiffs believe that assignment to one Judge is appropriate. There are significant overlapping questions of fact and law to justify a single Judge assignment.

DATED: March 27, 2006

HULETT HARPER STEWART LLP
DENNIS STEWART
BLAKE MUIR HARPER

DENNIS STEWART

550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

NICHOLAS & BUTLER, LLP
CRAIG M. NICHOLAS
MATTHEW B. BUTLER
225 Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496

Attorneys for Plaintiffs

1