# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LASTER, et al.,<br><br>         Plaintiff,<br><br>   vs.<br><br>T-MOBILE USA, INC., et al.,<br><br>         Defendant. | CASE NO. 06cv675 DMS (NLS)<br>LEAD CASE NO. 05cv1167 DMS (WVG)<br><br>**ORDER GRANTING DEFENDANT AT&T MOBILITY LLC'S MOTION TO STAY *CONCEPCION* PROCEEDINGS PENDING APPEAL**<br><br>[Doc. No. 300] |

Pending before the Court is Defendant AT&T Mobility LLC's ("ATTM") motion for stay. This matter was previously stayed on November 3, 2008, pending appeal of this Court's order denying ATTM's motion to compel arbitration as to the Plaintiffs Vincent and Liza Concepcion. (Doc. 186.) The Ninth Circuit affirmed this Court's order. (Doc. 295.) ATTM seeks a further stay while it files a petition for certiorari with the United States Supreme Court. Plaintiffs filed a notice of non-opposition to the motion. (Doc. 303.) Accordingly, the Court grants ATTM's motion for stay. The *Concepcion* matter, 06-cv-675 DMS (NLS), shall remain administratively closed and may be reopened upon application of the parties. The related proceedings in *Laster* are unaffected by this Order.

The status conference scheduled for February 12, 2010 is hereby vacated.

**IT IS SO ORDERED.**

/ / /

DATED: February 1, 2010

_____
HON. DANA M. SABRAW
United States District Judge